JOHN TRESCH, appellant,

*v.*

JOHN M. WIRTZ et al., respondents.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Tresch* v. *Wirtz, 7 Stew. Eq. 124.*

*Mr. Job Lippincott,* for appellant.

*Mr. M. T. Newbold,* for respondents.

PER CURIAM.

This decree unanimously affirmed for the reasons given by Vice-Chancellor Van Fleet.